IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KARISSA SCOTT                                                                                    PLAINTIFF

v.                                    No. 4:22-cv-278-DPM

BRYANT SCHOOL DISTRICT and
DAWSON EDUCATION SERVICE
COOPERATIVE                                                                                  DEFENDANTS

JUDGMENT

Scott's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2022